

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JOSHUA SCHMITT, Individually and on Behalf of All
Others Similarly Situated,

        Plaintiff,

  -against-

CHINA XD PLASTICS COMPANY, LIMITED, et al.,

        Defendants.
----------------------------------------------------------------X

Civil Action No.20-cv-6028 NGG-SJB

AFFIDAVIT OF SERVICE

STATE OF NEVADA    )
        S.S.:
COUNTY OF  Clark  )

      **AUDOMARO MALDONADO**, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., INC., and is not a party to this action.

      That on the 18th day of December, 2020, at approximately 1:27 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION; and COMPLAINT FOR VIOLATIONS OF SECTIONS 13, 14, AND 20 OF THE SECURITIES EXCHANGE ACT OF 1934 AND CLASS ACTION CLAIMS FOR BREACH OF FIDUCIARY DUTIES** upon **FAITH HORIZON, INC.** c/o Legalinc Corporate Services, Inc. at 1810 E. Sahara Avenue, Suite 215, Las Vegas, NV 89104, by personally delivering and leaving the same with **PAIGE BOHALL**, who informed deponent that she is the Front Desk and is authorized to receive service at that address.

      **PAIGE BOHALL** is a tan Asian female, approximately 39 years of age, stands approximately 5 feet 6 inches tall, and weighs approximately 140 pounds with black hair.

_____
**AUDOMARO MALDONADO**

Sworn to before me this
 05  day of  01 , 2021

_____
NOTARY PUBLIC



Tabitha McCallister
NOTARY PUBLIC
STATE OF NEVADA
Appt. No. 12-6969-1
My Appt. Expires   March 2, 2023

D.L.S., Inc.
401 Broadway
Suite 808
New York, NY 10013
212-925-1220
www.dlsnational.com