

UNITED STATES DITRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JOSHUA SCHMITT,

        Plaintiff(s),                                    Index No. 20-cv-6028-NGG-SJB

  -against-                                      AFFIDAVIT OF SERVICE

CHINA XD PLASTICS COMPANY, LIMTED, ET AL

        Defendant(s).
----------------------------------------------------------X
STATE OF NEW YORK    )
                                S.S.:
COUNTY OF NEW YORK)

        BRENDAN COLLISHAW, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

        That on the 12TH day of JANUARY, 2021, at approximately 10:35AM, deponent served a true copy of the SUMMONS & COMPLAINT upon CHINA XD PLASTICS COMPANY LIMITED C/O UNITED CORPORATE SERVICES at 10 BANK STREET, SUITE 560, WHITE PLAINS, NY 10606 by personally delivering and leaving the same with DERRICK DAVIS, who informed deponent that HE is in LEGAL SUPPORT and authorized to receive service at that address.

        DERRICK DAVIS is a BLACK MALE, approximately 25 years of age, stands approximately 5 feet 9 inches tall, weighs approximately 170 pounds with BLACK hair and BROWN eyes.

_____
BRENDAN COLLISHAW

Sworn to before me this
12TH day of JANUARY, 2021

_____
NOTARY PUBLIC

JONATHAN RIPPS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01RI6109718
Qualified in New York County
My Commission Expires May 17, 2024

D.L.S., Inc.
400 Rella Blvd.
Ste. 165
Suffern, NY 10901
845-639-7559
www.dlsnational.com