UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA SCHMITT, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>v.<br><br>CHINA XD PLASTICS COMPANY, LIMITED, FAITH DAWN LIMITED, FAITH HORIZON, INC., XD ENGINEERING PLASTICS COMPANY LIMITED, JIE HAN, TAYLOR ZHANG, LINYUAN ZHAI, HUIYI CHEN and GUANBAO HUANG,<br><br>                Defendants. | Civil Action No.: 1:20-cv-06028-NGG-SJB<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK    )
                                  ) S.S.:
COUNTY OF NEW YORK )

        Minerva Mendez, being duly sworn, deposes and says that she is over age of eighteen years, and is not a party to this action.

        That on the 28th day of January, 2021, I have served a copy of the Notice of Electronic Filing Order dated January 27, 2021 ordering a telephonic hearing for Monday, February 1, 2021 by email delivery upon:

        J. Colby Williams, Esq.
        Campbell & Williams
        700 South 7th Street
        Las Vegas, Nevada 89101
        jcw@cwlawlv.com

        E. Leif Reid, Esq.
        Lewis Roca Rothgerber Christie LLP
        One East Liberty Street
        Suite 300
        Reno, Nevada 89501
        lreid@lrrc.com

and by Federal Express Overnight delivery (no signature required) and by mailing a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service with the State of New York upon:

> China XD Plastics Company, Limited
> 136-20 38th Avenue
> Suite 3A-1 Rm
> Flushing, New York 11354

_____
MINERVA MENDEZ

Sworn to before me this
28th day of January, 2021

_____
Notary Public
CAITLIN MCNALLY
Notary Public, State of New York
No. 01MC6033425
Qualified in New York County
Commission Expires 11/15/2021