**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------- X
JOSHUA SCHMIDT, Individually and on :
Behalf of All Others Similarly Situated, :
 :
        Plaintiff, :
 :
  -against- : CASE NO. 20-cv-6028-NBB-SJB
 :
CHINA XD PLASTICS COMPANY, : **NOTICE OF APPEARANCE**
LIMITED, FAITH DAWN LIMITED, : **FOR DARREN J. LEMIEUX**
FAITH HORIZON, INC., XD :
ENGINEERING PLASTICS COMPANY :
LIMITED, JIE HAN, TAYLOR ZHANG, :
LINYUAN ZHAI, HUIYI CHEN and :
GUANBAO HUANG, :
 :
        Defendants. :
---------------------------------------------------- X

    PLEASE TAKE NOTICE that the undersigned hereby enters his appearance in this matter as counsel for Defendant Taylor Zhang and requests that all parties serve copies of all papers filed in or affecting this action on the undersigned.

    I certify that I have submitted a *pro hac vice* motion to practice in this court and that I am a registered electronic case filing user.

Dated: Denver, Colorado
       February 5, 2021

Respectfully submitted,

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: /s/ Darren J. Lemieux
    Darren J. Lemieux
    *Pro Hac Vice pending*
    DLemieux@lrrc.com
    1200 Seventeenth Street, Suite 3000
    Denver, CO 80202
    Telephone: 303.623.9000
    Facsimile: 303.623.9222

*Attorneys for Defendants China XD Plastic Company, Limited and Taylor Zhang*

113511056.1