UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA SCHMITT, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>    v.<br><br>CHINA XD PLASTICS COMPANY, LIMITED, FAITH DAWN LIMITED, FAITH HORIZON, INC., XD ENGINEERING PLASTICS COMPANY LIMITED, JIE HAN, TAYLOR ZHANG, LINYUAN ZHAI, HUIYI CHEN and GUANBAO HUANG,<br><br>      Defendants. | Case No.: 1:20-cv-06028-NGG-SJB<br><br>NOTICE OF APPEARANCE FOR J. COLBY WILLIAMS |

  PLEASE TAKE NOTICE that the undersigned hereby enters his appearance in this matter as counsel for Defendants Jie Han, XD Engineering Plastics Company Limited, Faith Horizon, Inc. and Faith Dawn Limited, and requests that all parties serve copies of all papers filed in or affecting this action on the undersigned. I certify that I have been admitted *pro hac vice* and that I am a registered electronic case filing user.

Dated: February 5, 2021        Respectfully submitted,

               CAMPBELL & WILLIAMS

               By: /s/ *J. Colby Williams*
                 J. Colby Williams, Esq. (*pro hac vice*)
                 700 South Seventh Street
                 Las Vegas, Nevada 89101
                 Tel: (702) 382-5222
                 Fax: (702) 382-0540
                 Email: jcw@cwlawlv.com

               *Attorneys for Defendants Jie Han, XD Engineering Plastics Company Limited, Faith Horizon, Inc., and Faith Dawn Limited*