UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____ X
JOSHUA SCHMIDT, Individually and on :
Behalf of All Others Similarly Situated, :
:
Plaintiff, :
:
-against- : CASE NO. 20-cv-6028-NBB-SJB
:
CHINA XD PLASTICS COMPANY, : NOTICE OF APPEARANCE
LIMITED, FAITH DAWN LIMITED, : FOR DARREN J. LEMIEUX
FAITH HORIZON, INC., XD :
ENGINEERING PLASTICS COMPANY :
LIMITED, JIE HAN, TAYLOR ZHANG, :
LINYUAN ZHAI, HUIYI CHEN and :
GUANBAO HUANG, :
:
Defendants. :
:
_____ X

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance in this matter as counsel for Defendant China XD Plastics Company, Limited, and requests that all parties serve copies of all papers filed in or affecting this action on the undersigned.

I certify that I have been admitted *pro hac vice* to practice in this court and that I am a registered electronic case filing user.

Dated:  Denver, Colorado
        February 5, 2021

Respectfully submitted,

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: /s/ Darren J. Lemieux
    Darren J. Lemieux
    *Pro Hac Vice*
    DLemieux@lrrc.com
    1200 Seventeenth Street, Suite 3000
    Denver, CO  80202
    Telephone:  303.623.9000
    Facsimile:  303.623.9222

*Attorneys for Defendants China XD Plastic Company, Limited and Taylor Zhang*

113513227.1