# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA SCHMITT, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>            v.<br><br>CHINA XD PLASTICS COMPANY, LIMITED, FAITH DAWN LIMITED, FAITH HORIZON, INC., XD ENGINEERING PLASTICS COMPANY LIMITED, JIE HAN, TAYLOR ZHANG, LINYUAN ZHAI, HUIYI CHEN and GUANBAO HUANG,<br><br>                  Defendant. | Civil Action No.: 1:20-cv-06028-NGG-SJB |

## DECLARATION OF LEE SQUITIERI IN SUPPORT OF THE MOTION PURSUANT TO PSLRA 15 U.S.C. §78u-4(a)(3)(B) FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL

I, Lee Squitieri, declare as follows:

1.     I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court. I am a partner at the law firm of Squitieri & Fearon, LLP. We are counsel for the Plaintiff. I submit this declaration in support of the motion for appointment as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), and approval of their selection of Squitieri & Fearon, LLP as Lead Counsel for the class.

2.     Attached are true and correct copies of the following exhibits:

        Exhibit A:     Notice of Filing of Action, March 2, 2021;

        Exhibit B:     Statement of Plaintiff's Stockholdings and Estimated Losses;

        Exhibit C:     Firm Resume of Squitieri & Fearon, LLP; and

Exhibit D: Verification of the Plaintiff.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 30th day of April 2021.

*/s/ Lee Squitieri*
Lee Squitieri