# EXHIBIT A

Press Release

# Squitieri & Fearon LLP Files Class Action Suit Against China XD Plastics Company Limited

Published: March 2, 2021 at 11:31 p.m. ET

*The MarketWatch News Department was not involved in the creation of this content.*

New York, New York, Mar 02, 2021 (Newsfile Corp via COMTEX) -- New York, New York--(Newsfile Corp. - March 2, 2021) - Squitieri & Fearon LLP today announced that it filed a class action seeking to represent stockholders of China XD Plastics Company Limited ("China XD") (NASDAQ : CXDC) who purchased their stock before September 30, 2020 (the "Class Period"). This action was filed in the Eastern District of New York and is captioned *Joshua Schmitt, Individually and on Behalf of All Others Similarly Situated v. China XD Plastics Company, Limited, et al.*, No.1:20-cv-06028-NGG-SJB. An Amended Class Action Complaint was filed on or about February 5, 2021.

The Private Securities Litigation Reform Act of 1995 permits any investor who purchased China XD stock during the Class Period to seek appointment as lead plaintiff in the *China XD* class action lawsuit. A lead plaintiff is generally the movant with the greatest financial interest in the relief sought by the putative class who is also typical and adequate of the putative class. A lead plaintiff acts on behalf of all other class members in directing the *China XD* class action lawsuit.

The lead plaintiff can select a law firm of its choice to litigate the *China XD* class action lawsuit. An investor's ability to share in any potential future recovery of the *China XD* class action lawsuit is not dependent upon serving as lead plaintiff. If you wish to serve as lead plaintiff in the *China XD* class action lawsuit, you must move the Court no later than 60 days from March 2, 2021. If you wish to discuss the *China XD* class action lawsuit or have any questions concerning this notice or your rights or interests, please contact plaintiff's counsel, Lee Squitieri of Squitieri & Fearon LLP, at (212) 421-6492 or via e-mail at lee@sfclasslaw.com.

The *China XD* class action lawsuit charges China XD and certain of its officers with violations of the Securities Exchange Act of 1934. China XD is a specialty chemical company. The Company is engaged in the research, development, manufacture and sale of modified plastics for automotive applications in China and to a lesser extent, in Dubai, the United Arab Emirates (UAE). The Company operates in the modified plastics segment. Through its subsidiaries, Heilongjiang Xinda Enterprise Group Company Limited (HLJ Xinda Group) and AL Composites Materials FZE (Dubai Composites), the Company manufactures and sells polymer composite materials (including modified plastics), for automotive

applications.

The complaint alleges that, throughout the Class Period, defendants violated the federal securities laws by disseminating false and misleading statements to the investing public and/or failing to disclose adverse facts pertaining to the Company's business, operations and prospects. Specifically, defendants knew, or recklessly disregarded, but failed to disclose the following adverse facts: (a) agreeing to sell China XD without first taking steps to ensure that Class members would obtain adequate, fair and maximum consideration through a fair process under the circumstances; and (b) engineering the Merger to benefit China XD's founder Han and the Buyer Group without regard for China XD's public stockholders. Accordingly, this action seeks, inter alia, to enjoin the proposed closing of the Merger and rescinding the vote approving the Merger.



NOW PLAYING:
More Colleges Say Covid-19 Vaccines Will Be Mandatory in the Fall

Prescription ENBREL is taken by injection, with or without methotrexate.

Visit our Video Center

Squitieri & Fearon, LLP is one of the Nation's leading law firms representing investors in securities litigation. Squitieri & Fearon has been recognized by courts throughout the country for its high-quality and professional experience handling complex lawsuits, particularly in the fields of securities, ERISA, wage and hour, mass torts, shareholder derivative actions and antitrust claims. Squitieri & Fearon attorneys are consistently recognized by courts, professional organizations and the media as leading lawyers in the industry. Please visit http://www.sfclasslaw.com for more information.

Contact:

Contact:

Squitieri & Fearon, LLP

Lee Squitieri (212) 421-6492

lee@sfclasslaw.com

To view the source version of this press release, please visit https://www.newsfilecorp.com/release/75872

COMTEX_382033980/2523/2021-03-02T23:31:07

*Is there a problem with this press release? Contact the source provider Comtex at editorial@comtex.com. You can also contact MarketWatch Customer Service via our Customer Center.*

copyright (c) newsfile corp. 2021. all rights reserved

*The MarketWatch News Department was not involved in the creation of this content.*

# Compare Brokerage Accounts ⓘ

Account Minimum

$ 10,000

Trading Options
- Annuities
- Bonds
- CDs
- ETFs
- Forex
- Futures
- International Investments
- Mutual Funds
- Options
- Stocks

| BROKER | STOCK FEES |
|---|---|
| Sponsored<br>TradeStation | $0.00 per Trade |

Acct. Min: $0
Commission-Free Trading on Stocks, ETFs & Options. Open an Account Today!

| Sponsored<br>Ameritrade | $0.00 per Trade |

Ad Disclaimer

SMARTASSET.COM