UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA SCHMITT, Individually and on Behalf of All others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CHINA XD PLASTICS COMPANY, LIMITED, FAITH DAWN LIMITED, FAITH HORIZON, INC., XD ENGINEERING PLASTICS COMPANY LIMITED, JIE HAN, TAYLOR ZHANG, LINYUAN ZHAI, HUIYI CHEN and GUANBAO HUANG,<br><br>    Defendants. | C.A. No. 1:20-cv-06028-NGG-SJB<br><br>**STIPULATION AND [PROPOSED] ORDER ON EXTENDING TIME TO RESPOND TO COMPLAINT AND SETTING BRIEFING SCHEDULE ON ANY MOTION TO DISMISS** |

Plaintiff Joshua Schmitt and Defendants China XD Plastics Company Limited ("China XD") and Faith Horizon, Inc. hereby stipulate and agree as follows:

WHEREAS, on December 10, 2020 Plaintiff filed the complaint in the above-captioned action (the "Action") against China XD, Faith Horizon, Inc., and Defendants Faith Dawn Limited, XD Engineering Plastics Company Limited, Jie Han, Taylor Zhang, Linyuan Zhai, Huiyi Chen, and Guangbao Huang (collectively, "Defendants") (Docket No. 1);

WHEREAS, on February 2, 2021 Plaintiff agreed to extend the time for China XD and Faith Horizon, Inc. to respond to the complaint to 21 days after the entry of an order denying Defendants' forthcoming motion to stay the Action;

WHEREAS, on February 5, 2021 Defendants moved to stay the Action (the "Stay Motion") (Docket No. 16);

WHEREAS, on February 17, 2021, during the pendency of the Stay Motion, Plaintiff filed the amended complaint in the Action (the "Amended Complaint"), a putative class action arising

1

under the Securities Exchange Act of 1934 ("Exchange Act"), including the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4 (Docket No. 19);

WHEREAS, on April 19, 2021, the Court denied the Stay Motion as moot and ruled the Action was subject to the automatic stay provision of the PSLRA, § 78u-4(b)(3)(B), and imposed a stay of discovery during the pendency of a motion to dismiss to be filed by the Defendants;

WHEREAS, pursuant to the PSLRA, lead plaintiff motions have been filed, (Docket Nos. 21, 22, and 23) subject to the Court's approval, 15 U.S.C. § 78u-4(a)(3)(B)(v), and thereafter an operative complaint will be identified or filed;

WHEREAS, the parties agree that, in the interests of judicial economy, conservation of time and resources, and orderly management of this Action, no response to any pleading in this Action should occur until after the Court appoints a lead plaintiff and lead counsel pursuant to the PSLRA and an operative complaint is identified, and that a schedule should be established with respect to any responsive pleading or motion;

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the undersigned parties, subject to Court approval, as follows:

1. No Defendant is required to respond to the Amended Complaint (Docket No. 19) previously filed in this Action.

2. The parties shall meet and confer to discuss in good faith a schedule for Defendants to answer, move, or otherwise respond to the operative complaint, including any motion pursuant to Federal Rule of Civil Procedure 12, and within 15 days of the designation of the operative complaint shall file with the Court a joint stipulation for scheduling of any pre-answer motions and/or joinder of issue.

3. Nothing herein shall be deemed to constitute a waiver of any rights, defenses, objections or any other application to any court that any party may have with respect to the claims set forth in the Amended Complaint (Docket No. 19).

DATED: May 10, 2021

    SQUITIERI & FEARON, LLP

    */s/ Olimpio Lee Squitieri*
    Olimpio Lee Squitieri
    32 East 57th Street, 12th Floor
    New York, New York 10022

    *Attorney for Plaintiff Joshua Schmitt*

DATED: May 10, 2021

    CAMPBELL & WILLIAMS

    */s/ J. Colby Williams*
    J. Colby Williams (*Pro Hac Vice*)
    700 South Seventh Street
    Las Vegas, Nevada 89101

    *Attorney for Defendants Jie Han, XD Engineering Plastics Company Limited, Faith Horizon, Inc., and Faith Dawn Limited*

DATED: May 10, 2021

    LEWIS ROCA ROTHGERBER CHRISTIE LLP

    */s/ Darren J. Lemieux*
    Darren J. Lemieux (*Pro Hac Vice*)
    One East Liberty Street, Suite 300
    Reno, Nevada 89501

    *Attorney for Defendant China XD Plastics Company Limited and Taylor Zhang*

DATED: May 10, 2021

    HOGAN LOVELLS US LLP

                                      */s/ Ryan M. Philp*
                                      Ryan M. Philp
                                      390 Madison Ave.
                                      New York, NY 10017
                                      Tel. (212) 918-3000

                                      *Attorney for Defendants Linyuan Zhai, Huiyi Chen, and Guanbao Huang*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED:

                                      _____
                                      The Honorable Nicholas G. Garaufis
                                      United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of May, 2021, I caused the foregoing document to be filed and served electronically using the Court's CM/ECF system, which automatically sent a notice of electronic filing to all counsel of record.

DATED:   May 10, 2021

*/s/ Ryan M. Philp*
Ryan M. Philp
HOGAN LOVELLS US LLP
390 Madison Ave.
New York, NY 10017
Tel. (212) 918-3000

*Attorney for Defendants Linyuan Zhai, Huiyi Chen, and Guanbao Huang*