UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA SCHMITT, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>    v.<br><br>CHINA XD PLASTICS COMPANY, LIMITED, FAITH DAWN LIMITED, FAITH HORIZON, INC., XD ENGINEERING PLASTICS COMPANY LIMITED, JIE HAN, TAYLOR ZHANG, LINYUAN ZHAI, HUIYI CHEN and GUANBAO HUANG,<br><br>      Defendants. | Case No.: 1:20-cv-06028-NGG-SJB<br><br>**PROOF OF SERVICE** |

   PLEASE TAKE NOTICE that pursuant to the Court's Scheduling Order entered on July 18, 2021 (the "Order"), the undersigned served a copy of the Order by email to Defendant Jie Han in the above-captioned matter on July 19, 2021. *See* email to Jie Han attached hereto as Exhibit "1". Additionally, a copy of said Order was also forwarded as an attachment to the aforementioned email. *See* Scheduling Order attached hereto as Exhibit "2".

Dated: July 19, 2021      Respectfully submitted,

             CAMPBELL & WILLIAMS

             By: /s/ *J. Colby Williams*
               J. Colby Williams, Esq. (*pro hac vice*)
               710 South Seventh Street
               Las Vegas, Nevada 89101
               Tel: (702) 382-5222
               Fax: (702) 382-0540
               Email: jcw@cwlawlv.com

             *Attorneys for Defendants Jie Han, XD Engineering Plastics Company Limited, Faith Horizon, Inc., and Faith Dawn Limited*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 19, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send Notice of Electronic Filing to all CM/ECF participants.

I FURTHER CERTIFY that I served a copy of the foregoing on the following via electronic mail:

Mr. Jie Han
Faith Horizon, Inc.
Faith Dawn Limited
XD Engineering Plastics Company
hanjie1111.good@163.com

   /s/ *J. Colby Williams*
An employee of Campbell & Williams

# INDEX OF EXHIBITS

| EXHIBIT NO. | DESCRIPTION | PAGES |
|---|---|---|
| 1 | Email dated July 19, 2021 from J. Colby Williams, Esq. To Chairman Jie Han | 1 - 3 |
| 2 | July 18, 2021 Scheduling Order | 1 |