# EXHIBIT 1

- EMAIL DATED JULY 20, 2021 FROM
J. COLBY WILLIAMS, ESQ. TO CHAIRMAN JIE HAN-

| | |
|---|---|
| **Subject:** | Schmitt v. China XD Plastics Company, Limited, et al. |
| **Date:** | Tuesday, July 20, 2021 at 9:22:48 AM Pacific Daylight Time |
| **From:** | Colby Williams <jcw@cwlawlv.com> |
| **To:** | 韩杰 <hanjie1111.good@163.com> |
| **Attachments:** | file0.548449341013235.pdf, Activity in Case 1:20-cv-06028-NGG-SJB Schmitt v. China XD Plastics Company, Limited et al Order on Motion to Adjourn Conference.eml |

Chairman Han,

I am writing to update you on an important development in the above-referenced lawsuit.  Pursuant to our letter motion to adjourn submitted yesterday (see attached), the Court has continued the prior hearing date on our law firm's Motion to Withdraw as Counsel of Record from August 2, 2021.

**The new telephonic hearing date is August 5, 2021 at 2:30 p.m. Eastern Time.  The Court's ORDER for you to appear and participate at the time of hearing remains in effect.**  The instructions for you to call in to the hearing are contained in the Order, a copy of which is also attached hereto.

We will continue to update you on any developments between now and the time of hearing.

Regards,

**J. Colby Williams, Esq.**
Campbell & Williams
710 South Seventh Street
Las Vegas, Nevada 89101
T: 702.382.5222
F: 702.382.0540
Email: jcw@cwlawlv.com

*please note new address*

This message is intended for the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this information in error, please notify us immediately by telephone, and return the original message to us at the above address via U.S. Postal Service. Thank You.

**Subject:** Activity in Case 1:20-cv-06028-NGG-SJB Schmitt v. China XD Plastics Company, Limited et al Order on Motion to Adjourn Conference
**Date:** Tuesday, July 20, 2021 at 7:36:48 AM Pacific Daylight Time
**From:** ecf_bounces@nyed.uscourts.gov <ecf_bounces@nyed.uscourts.gov>
**To:** nobody@nyed.uscourts.gov <nobody@nyed.uscourts.gov>

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 7/20/2021 at 10:36 AM EDT and filed on 7/20/2021
**Case Name:** Schmitt v. China XD Plastics Company, Limited et al
**Case Number:** 1:20-cv-06028-NGG-SJB
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ORDER: The Motion to Adjourn Conference [33] is granted. A hearing on the motion to withdraw [32] will be held on 8/5/2021 at 2:30 PM before Magistrate Judge Sanket J. Bulsara. The hearing will be conducted by telephone. Parties shall dial the toll-free number 877-336-1274 and passcode 6534420. Parties shall join five (5) minutes prior to the start of the hearing. Defendant Jie Han is directed to attend the hearing. Counsel shall provide a copy of this order to his client and file proof of service on the docket by 7/26/2021. So Ordered by Magistrate Judge Sanket J. Bulsara on 7/20/2021. (Farrell, Gillian)**

**1:20-cv-06028-NGG-SJB Notice has been electronically mailed to:**

Lee Squitieri     lee@sfclasslaw.com, cathy@sfclasslaw.com, minerva@sfclasslaw.com

William Scott Holleman     holleman@bespc.com, ecf@bespc.com

Ryan Michael Philp     ryan.philp@hoganlovells.com, nymanagingclerk@hoganlovells.com

Juan Eneas Monteverde     jmonteverde@monteverdelaw.com, cstroz@monteverdelaw.com

Jon Colby Williams     jcw@cwlawlv.com, cbb@cwlawlv.com, jyc@cwlawlv.com, maw@cwlawlv.com, pre@cwlawlv.com

Darren J. Lemieux     dlemieux@lrrc.com, amcdannald@lrrc.com, darren-lemieux-3750@ecf.pacerpro.com, twallace@lrrc.com

**1:20-cv-06028-NGG-SJB Notice will not be electronically mailed to:**