UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA SCHMITT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHINA XD PLASTICS COMPANY, LIMITED, FAITH DAWN LIMITED, FAITH HORIZON, INC., XD ENGINEERING PLASTICS COMPANY LIMITED, JIE HAN, TAYLOR ZHANG, LINYUAN ZHAI, HUIYI CHEN and GUANBAO HUANG,<br><br>Defendants. | Case No.: 1:20-cv-06028-NGG-SJB<br><br>**NOTICE OF NON-OPPOSITION TO CAMPBELL & WILLIAMS' MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, as of August 4, 2021, Campbell & Williams has not been served with any opposition to its Motion to Withdraw as Counsel of Record, which was filed in the above-captioned action on July 16, 2021 (ECF No. 32). On July 29, 2021, Campbell & Williams did receive an e-mail from Mr. Jie Han, an authorized representative of Campbell & Williams's clients (*i.e.*, the Buyer's Group Defendants), advising that the firm's services were being "terminate[d]." A redacted copy of the subject e-mail is attached hereto as Exhibit 1.

Dated: August 4, 2021

Respectfully submitted,

CAMPBELL & WILLIAMS

By: /s/ *J. Colby Williams*
    J. Colby Williams, Esq. (*pro hac vice*)
    Email: jcw@cwlawlv.com

*Attorneys for Defendants Jie Han, XD Engineering Plastics Company Limited, Faith Horizon, Inc., and Faith Dawn Limited*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 4, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send Notice of Electronic Filing to all CM/ECF participants.

I further certify that I served the foregoing document via electronic mail to the following:

Jie Han
Faith Horizon, Inc.
Faith Dawn Limited
XD Engineering Plastics Company
Hanjie1111@.good.163.com

    /s/ *John Y. Chong*
An employee of Campbell & Williams

## INDEX OF EXHIBITS

| EXHIBIT NO. | DESCRIPTION | PAGES |
|---|---|---|
| 1 | July 29, 2021 Email from Jie Han to Colby Williams, Esq. | 1 |