# EXHIBIT 1

**Email dated July 29, 2021 from Jie Han to Colby Williams**

**Subject:** Terminate the Services and Cooperate with New York Attorneys
**Date:** Thursday, July 29, 2021 at 8:54:12 AM Pacific Daylight Time
**From:** 韩杰 <hanjie1111.good@163.com>
**To:** jcw@cwlawlv.com <jcw@cwlawlv.com>

Colby Williams律师：

Dear Colby Williams:



韩杰

Jie Han