**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, NY 10017
(212) 918-3000 (p)
(212) 918-3100 (f)

*Attorneys for Huiyi Chen, Guanbao Huang, and Linyuan Zhai*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOSHUA SCHMITT, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>     v.<br><br>CHINA XD PLASTICS COMPANY, LIMITED, FAITH DAWN LIMITED, FAITH HORIZON, INC., XD ENGINEERING PLASTICS COMPANY LIMITED, JIE HAN, TAYLOR ZHANG, LINYUAN ZHAI, HUIYI CHEN, and GUANBAO HUANG,<br><br>        Defendants. | Case No. 1:20-cv-06028-NGG-SJB |

**PROOF OF SERVICE**

    PLEASE TAKE NOTICE that pursuant to the Court's Order, dated August 18, 2021, Hogan Lovells US LLP ("Hogan Lovells") has served a copy of Hogan Lovells' motion papers in support of its motion to withdraw as counsel (ECF No. 40) and a copy of the Court's August 18 Order via e-mail on defendants Linyuan Zhai, Huiyi Chen, and Guanbao Huang, who comprise the members of the Special Committee of the Board of Directors of China XD Plastics Company, Limited in connection with the subject transaction. A copy of the service e-mail is attached hereto as Exhibit 1. Portions of Exhibit 1 have been redacted for privilege, but if the Court requests an unredacted copy, Hogan Lovells can provide an unredacted copy with its sealed filing, which is due on September 23, 2021, pursuant to the Court's August 18 Order.

Dated: New York, New York
August 24, 2021

                                      HOGAN LOVELLS US LLP

                                      By:   */s/ Ryan M. Philp*

Ryan M. Philp
ryan.philp@hoganlovells.com

390 Madison Avenue
New York, NY 10017
(212) 918-3000 (p)
(212) 918-3100 (f)

*Attorneys for Huiyi Chen, Guanbao Huang, and Linyuan Zhai*