

# Exhibit 1

## Wuertz, Allison M

**From:** Tang, Stephanie <stephanie.tang@hoganlovells.com>
**Sent:** Friday, August 20, 2021 10:16 AM
**To:** 2085308364@qq.com; 'guanbaohuang@sina.com'; 'zhailinyuan_9333@163.com'
**Cc:** Philp, Ryan; Regan, William M.; Wuertz, Allison M; Tang, Stephanie
**Subject:** RE: 鑫达-【受律师客户之间交流特权保护】
**Attachments:** HL Motion to Withdraw (Schmitt v. China XD).pdf; Order (Schmitt v. China XD).pdf

Members of the Special Committee:
尊敬的特委会：

On August 17, 2021, Hogan Lovells filed its motion to withdraw as counsel of record for the Special Committee in the *Schmitt v. China XD* matter pending in the United States District Court for the Eastern District of New York. On August 18, the Court issued an order, which directed Hogan Lovells to provide the Special Committee with a copy of Hogan Lovells' papers in support of its motion to withdraw as well as a copy of the Court's order. Please find copies of those documents attached to this e-mail.

2021年8月17日，霍金路伟律师事务所已经向美国纽约州东区地方法院递交动议，撤回其在*Schmitt v. China XD*案件中作为特委会的律师的代理关系。2021年8月18日，法院发出指令，要求霍金路伟律师事务所将动议和指令的副本提供给特委会。随函附上这两份文件，供您们知悉。

Please note that the order states that **each of you is required to attend a telephonic hearing on Hogan Lovells' motion to withdraw**. That hearing is scheduled for **September 30, 2021 at 10:00 a.m.** The order provides the phone number and access code to dial in to the hearing.

法院发出的指令中要求：**每一位特委会成员必须参加就霍金路伟律师事务所撤销代理事项的电话听证会**。听证会将于**美国东部时间2021年9月30日上午10点**开始。会议号码在指令中并列明如下：1- 877-336-1274，参会密码6534420.

Regards,
Hogan Lovells team



