UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------- X
JOSHUA SCHMIDT, Individually and on Behalf of All Others Similarly Situated,

          Plaintiff,

    -against-

CHINA XD PLASTICS COMPANY, LIMITED, FAITH DAWN LIMITED, FAITH HORIZON, INC., XD ENGINEERING PLASTICS COMPANY LIMITED, JIE HAN, TAYLOR ZHANG, LINYUAN ZHAI, HUIYI CHEN and GUANBAO HUANG,

          Defendants.

------------------------------------------------------- X

Case No. 20-cv-6028-NBB-SJB

**NOTICE OF CHANGE OF ADDRESS**

Counsel for Defendants China XD Plastics Company, Limited, and Taylor Zhang hereby gives notice that, effective September 1, 2021, the mailing and physical address for Lewis Roca Rothgerber Christie LLP has changed as described below. The firm's telephone remains the same.

    Darren J. Lemieux, Esq.
    Lewis Roca Rothgerber Christie LLP
    1601 19th Street, Suite 1000
    Denver, CO 80202
    Telephone: 303.623.9000
    DLemieux@lewisroca.com

Dated: Denver, Colorado  
      September 9, 2021

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: /s/ *Darren J. Lemieux*
    Darren J. Lemieux
    *Pro Hac Vice*
    DLemieux@lewisroca.com
    1601 19th Street , Suite 1000
    Denver, CO  80202
    Telephone:  303.623.9000
    Facsimile:  303.623.9222

*Attorneys for Defendants China XD Plastics Company, Limited, and Taylor Zhang*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of September, 2021, a true and correct copy of the foregoing **NOTICE OF CHANGE OF ADDRESS** was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing on all parties of record in this matter.

/s/ Darren J. Lemieux
Darren J. Lemieux
*(Pro Hac Vice)*

115447430.1