UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA SCHMITT, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>CHINA XD PLASTICS COMPANY, LIMITED, FAITH DAWN LIMITED, FAITH HORIZON, INC., XD ENGINEERING PLASTICS COMPANY LIMITED, JIE HAN, TAYLOR ZHANG, LINYUAN ZHAI, HUIYI CHEN and GUANBAO HUANG,<br><br>        Defendants. | 20-cv-6028 (NGG) (SJB)<br><br>NOTICE OF APPEARANCE |

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that the undersigned is admitted to practice in this Court and hereby appears as counsel in this action for defendants Linyuan Zhai, Huiyi Chen and Guanbao Huang.

Dated: New York, New York
       November 2, 2021

                                    **BARNES & THORNBURG LLP**

                                    By:   /s/ Joseph A. Matteo
                                            Joseph A. Matteo
                                            445 Park Avenue, Suite 700
                                            New York, New York 10022
                                            Tel.: (646) 746-2000
                                            Email: jmatteo@btlaw.com

                                            *Attorneys for Defendants Linyuan Zhai, Huiyi Chen and Guanbao Huang*