**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
EPSTEIN BECKER & GREEN, P.C.
875 Third Avenue
New York, New York 10022
(212) 351-4500

*Attorneys for Defendants*
*China XD Plastics Company,*
*Limited and Taylor Zhang*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| JOSHUA SCHMITT, Individually and on Behalf of All Others Similarly Situated, | : | Case No. 1:20-cv-06028-NGG-SJB |
| Plaintiff, | : | |
| v. | : | |
| CHINA XD PLASTICS COMPANY, LIMITED, FAITH DAWN LIMITED, FAITH HORIZON, INC., XD ENGINEERING PLASTICS COMPANY LIMITED, JIE HAN, TAYLOR ZHANG, LINYUAN ZHAI, HUIYI CHEN, and GUANBAO HUANG | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## APPEARANCE OF COUNSEL

To the clerk of court and all parties of record: I, Daniel D. Edelman, am admitted to practice in this court, and I appear in this case as counsel for Defendants China XD Plastics Company, Limited and Taylor Zhang.

Dated: New York, New York　　　　　　EPSTEIN BECKER & GREEN, P.C.
　　　　　November 2, 2021

　　　　　　　　　　　　　　　　　　　By: /s/ Daniel D. Edelman
　　　　　　　　　　　　　　　　　　　　　Daniel D. Edelman (DE-4700)
　　　　　　　　　　　　　　　　　　　875 Third Avenue
　　　　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　　　　(212) 351-4500
　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*
　　　　　　　　　　　　　　　　　　　*China XD Plastics Company, Limited*
　　　　　　　　　　　　　　　　　　　*and Taylor Zhang*