**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
EPSTEIN BECKER & GREEN, P.C.
875 Third Avenue
New York, New York 10022
(212) 351-4500

*Attorneys for Defendants*
*China XD Plastics Company,*
*Limited and Taylor Zhang*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| JOSHUA SCHMITT, Individually and on Behalf of All Others Similarly Situated, | : | Case No. 1:20-cv-06028-NGG-SJB |
|  | : |  |
| Plaintiff, | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| CHINA XD PLASTICS COMPANY, LIMITED, FAITH DAWN LIMITED, FAITH HORIZON, INC., XD ENGINEERING PLASTICS COMPANY LIMITED, JIE HAN, TAYLOR ZHANG, LINYUAN ZHAI, HUIYI CHEN, and GUANBAO HUANG | : | |
|  | : |  |
| Defendants. | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


## APPEARANCE OF COUNSEL

To the clerk of court and all parties of record:  I, Brian L. Friedman, am admitted to

practice in this court, and I appear in this case as counsel for Defendants China XD Plastics

Company, Limited and Taylor Zhang.

Dated: New York, New York
      November 5, 2021

EPSTEIN BECKER & GREEN, P.C.

By: /s/ Brian L. Friedman
    Brian L. Friedman (BF-1953)
875 Third Avenue
New York, New York  10022
(212) 351-4500
*Attorneys for Defendants*
*China XD Plastics Company, Limited*
*and Taylor Zhang*