**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

---------------------------------------- X
JOSHUA SCHMIDT, Individually and on :
Behalf of All Others Similarly Situated, :
:
         Plaintiff, :
:
   -against- :   CASE NO. 20-cv-6028-NGG-SJB
:
CHINA XD PLASTICS COMPANY, :   **NOTICE OF LEWIS ROCA
LIMITED, FAITH DAWN LIMITED, :   ROTHGERBER CHRISTIE, LLP'S
FAITH HORIZON, INC., XD :   MOTION TO WITHDRAW AS
ENGINEERING PLASTICS COMPANY :   COUNSEL OF RECORD**
LIMITED, JIE HAN, TAYLOR ZHANG, :
LINYUAN ZHAI, HUIYI CHEN and :
GUANBAO HUANG, :
:
         Defendants. :
:
---------------------------------------- X

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Lewis Roca Rothgerber Christie LLP will and does hereby move this Court, pursuant to N.Y. Rules of Prof'l Conduct 1.16(c) and Local Rule 1.4, for an order permitting the firm to withdraw as counsel of record for Defendants China XD Plastics Company Limited and Taylor Zhang.

In support of this Motion, Movant submits a Memorandum in Support, Declaration of Darren J. Lemieux, Exhibit A, and [Proposed] Order granting Movant's Motion.

| | |
|---|---|
| Dated: Denver, Colorado<br>April 18, 2022 | Respectfully submitted,<br><br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br><br>By: /s/ *Darren J. Lemieux*<br>   Darren J. Lemieux<br>   *Admitted Pro Hac Vice*<br>   DLemieux@lrrc.com<br>   1200 Seventeenth Street, Suite 3000<br>   Denver, CO  80202<br>   Telephone:  303.623.9000<br>   Facsimile:  303.623.9222<br><br>*Attorneys for Defendants China XD Plastic Company, Limited and Taylor Zhang* |

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 18, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send Notice of Electronic Filing to all CM/ECF participants.

I further certify that I mailed the foregoing document and the notice of electronic filing via U.S. first-class mail and international courier (FedEx) to the following:

China XD Plastics Company Limited
Centralized Industrial Park
H Development Zone, 9 Dalian
Nor Harbin, Heilongjiang, 150060 China

Taylor Zhang
47-27 207th Street
Queens, NY 11361

/s/ *Teresa Wallace*
An employee of Lewis Roca Rothgerber Christie LLP

115002533.1