**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOSHUA SCHMITT, Individually and on Behalf of All others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHINA XD PLASTICS COMPANY, LIMITED,)<br>FAITH DAWN LIMITED, FAITH HORIZON,)<br>INC., XD ENGINEERING PLASTICS)<br>COMPANY LIMITED, JIE HAN, TAYLOR)<br>ZHANG, LINYUAN ZHAI, HUIYI CHEN and)<br>GUANBAO HUANG, )<br>)<br>Defendants. ) | C.A. No. 1:20-cv-06028-NGG-SJB<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFFS TIME TO FILE OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS AND DEFENDANTS' REPLIES** |

Plaintiff Joshua Schmitt and Defendants China XD Plastics Company Limited, Taylor Zhang, Linyuan Zhai, Huiyi Chen, Guanbao Huang, Jie Han, XD Engineering Plastics Co., Ltd., Faith Dawn Ltd., and Faith Horizon, Inc. hereby stipulate and agree as follows:

WHEREAS, on December 10, 2020 Plaintiff filed the complaint in the above-captioned action (the "Action") against China XD, Faith Horizon, Inc., and Defendants Faith Dawn Limited, XD Engineering Plastics Company Limited, Jie Han, Taylor Zhang, Linyuan Zhai, Huiyi Chen, and Guangbao Huang (collectively, "Defendants") (Docket No. 1);

WHEREAS, on February 17, 2021, Plaintiff filed the amended complaint in the Action (the "Amended Complaint"), a putative class action arising under the Securities Exchange Act of 1934 ("Exchange Act"), including the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4 (Docket No. 19);

WHEREAS, on April 19, 2021, the Court ruled the Action was subject to the automatic stay provision of the PSLRA, § 78u-4(b)(3)(B), and imposed a stay of discovery during the pendency of a motion to dismiss to be filed by the Defendants.

WHEREAS, on August 16, 2021, Plaintiff filed the second amended complaint in the Action (the "Second Amended Complaint"), a putative class action arising under the Securities Exchange Act of 1934 ("Exchange Act"), including the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4 (Docket No. 39).

WHEREAS, pursuant to the PSLRA, a lead plaintiff motion was filed, (Docket No. 42) subject to the Court's approval, 15 U.S.C. § 78u-4(a)(3)(B)(v).

WHEREAS, the Court ruled on the lead plaintiff motion, appointing Joshua Schmitt as Lead Plaintiff and Squitieri & Fearon, LLP as Lead Class Counsel (Docket No. 57).

WHEREAS, in accordance with the Court's prior order (Docket No. 25), the parties met and conferred to discuss in good faith a schedule for Defendants to answer, move, or otherwise respond to the operative complaint, including any motion pursuant to Federal Rule of Civil Procedure 12,

WHEREAS, on February 17, 2022, this Court entered the parties' Stipulation and Order Setting Time to Respond to Complaint and Motion to Dismiss Briefing Schedule. (ECF No.59).

WHEREAS, on April 15, 2022, three groups of defendants each served separate motions to dismiss.

WHEREAS plaintiff's counsel requests additional time to prepare three separate opposition briefs beyond the June 14th, 2022 date previously ordered for serving of any opposition briefs.

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the undersigned parties, subject to Court approval, as follows:

WHEREAS the parties agree that the operative briefing schedule for all motions to dismiss shall be modified as follows:

1. The time for Plaintiffs to serve opposition memorandum to defendants' motions to dismiss is extended from June 14, 2022, to July 14, 2022.

2. Defendants shall serve replies in further support of their respective motions to dismiss on or before August 31, 2022.

3. Nothing herein shall be deemed to constitute a waiver of any rights, defenses, objections, or any other application to any court that any party may have with respect to the claims set forth in the Second Amended Complaint (Docket No. 39).

DATED: May 9, 2022

SQUITIERI & FEARON, LLP

*/s/ Olimpio Lee Squitieri*
Olimpio Lee Squitieri
305 Broadway, 7th Floor
New York, New York 10007

*Attorneys for Plaintiff Joshua Schmitt*

DATED: May 9, 2022

EPSTEIN BECKER & GREEN, PC

*/s/ Daniel D Edelman*
Daniel D. Edelman, Esq.
875 Third Avenue
New York, New York 10022
*Attorneys for China XD Plastics Company, Limited and Taylor Zhang*

DATED: May 9, 2022

BARNES & THORNBURG, LLP

*/s/ Joseph A. Matteo*
Joseph A. Matteo, Esq.
390 Madison Avenue, 12th Floor
New York, New York 10017

*Attorneys for Linyuan Zhai, Huiyi Chen, and Guanbao Huang*

DATED: May 9, 2022

SCHER TREMONTE, LLP

*/s/ Michael Tremonte*
Michael Tremonte, Esq.
Mark Cuccaro, Esq.
90 Broad Street, 23rd Floor
New York, New York 10004

*Attorneys for Jie Han, XD Engineering Plastics Co., Ltd., Faith Dawn Ltd., and Faith Horizon, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED:

                              The Honorable Nicholas G. Garaufis
                              United States District Court Judge

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 9the day of May 2022, I caused the foregoing document to be filed and served electronically using the Court's CM/ECF system, which automatically sent a notice of electronic filing to all counsel of record.

DATED:　　May 9, 2022

                                                */s/ Olimpio Lee Squitieri*
                                                Olimpio Lee Squitieri
                                                305 Broadway. 7th Floor
                                                New York, New York 10007

                                                *Attorneys for Plaintiff Joshua Schmitt*