```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
                                                                   :
JOSHUA SCHMITT, Individually and on Behalf of All                  :
others Similarly Situated,                                         :
                                      Plaintiff,                   :   DEFENDANTS CHINA XD
                                                                   :   PLASTICS COMPANY
                - against -                                        :   LIMITED'S AND TAYLOR
                                                                   :   ZHANG'S NOTICE OF MOTION
CHINA XD PLASTICS COMPANY, LIMITED,                                :   TO DISMISS THE SECOND
FAITH DAWN LIMITED, FAITH HORIZON, INC.,                           :   AMENDED COMPLAINT
XD ENGINEERING PLASTICS COMPANY                                    :   PURSUANT TO FED R. CIV. P.
LIMITED, JIE HAN, TAYLOR ZHANG, LINYUAN                            :   12(B)(6)
ZHAI, HUIYI CHEN and GUANBAO HUANG                                 :
                                      Defendants                   :   1:20-cv-06028 (NGG)(SJB)
                                                                   :
------------------------------------------------------------------ X
```

**PLEASE TAKE NOTICE**, that upon the Memorandum of Law in Support of their Motion to Dismiss the Complaint, dated April 15, 2022, and upon all the papers and proceedings had herein, Defendants China XD Plastics Company, Limited and Taylor Zhang will move this Court, before the Honorable Nicholas G. Garaufis, at the United States Courthouse for the Eastern District of New York located at 225 Cadman Plaza, Brooklyn, New York, 11202 on a date and at a time to be designated by the Court, for an Order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing the Second Amended Complaint with prejudice on grounds including that: (1) the Second Amended Complaint fails to state a claim in Count I against Defendant China XD Plastics Company, Limited under Section 14(a) of the Securities Exchange Act of 1934; and (2) the Second Amended Complaint fails to state a claim in Count II against Defendant Taylor Zhang under Section 20(a) of the Securities Exchange Act of 1934 or in Counts III and IV under state fiduciary duty laws.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's Order dated February 17, 2022 (Dkt. No. 59), Lead Plaintiff's opposition papers must be filed by June 14, 2022, and Defendants' reply must be filed within 30 days after Lead Plaintiff's opposition papers are filed.

Dated: April 15, 2022

EPSTEIN BECKER & GREEN, PC

*/s/ Daniel D. Edelman*
Daniel D. Edelman
Jeffrey P. Mongiello
875 Third Avenue
New York, New York 10022
*Attorneys for Defendants China XD Plastics Company, Limited and Taylor Zhang*