UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JOSHUA SCHMITT, individually and on
behalf of all others similarly situated,

                            Plaintiff,                    JUDGMENT

          v.                                20-cv-6028 (KAM)(SJB)

CHINA XD PLASTICS COMPANY, LIMITED,
FAITH DAWN LIMITED, FIATH HORIZON, INC.,
XD ENGINEERING PLASTICS COMPANY
LIMITED, JIE HAN, TAYLOR ZHANG,
LINYUAN ZHAI, HUIYI CHEN and
GUANBOA HUANG,

                          Defendants.
----------------------------------------------------------------X

A Memorandum and Order of Honorable Kiyo A. Matsumoto, United States District Judge, having been filed on September 29, 2023, granting Defendant China XD's motion to dismiss Count One; granting the Controlling Shareholders' and the Individual Defendants' motions to dismiss Count Two; dismissing Plaintiff's claims in Count One, under Section 14(a), and in Count Two, under Section 20(a), with prejudice; granting Controlling Shareholders' and Individual Defendants' motion to dismiss Count Three and Count Four; dismissing Plaintiff's claims in Count Three and Count Four, under Nevada state law, without prejudice; it is

ORDERED and ADJUDGED that Defendant China XD's motion to dismiss Count One is granted; that the Controlling Shareholders' and the Individual Defendants' motions to dismiss Count Two are granted; that Plaintiff's claims in Count One, under Section 14(a), and in Count Two, under Section 20(a), are dismissed with prejudice; that the Controlling Shareholders' and Individual Defendants' motion to dismiss Count Three and Count Four are granted; and that Plaintiff's claims in Count Three and Count Four, under Nevada state law, are dismissed without prejudice.

Dated: Brooklyn, New York
      September 29, 2023

                                        Brenna B. Mahoney
                                        Clerk of Court

                     By:     */s/Jalitza Poveda*
                                    Deputy Clerk